FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT -5 PM 4: 15

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Gregory Phineas Likins**<br>SSN: XXX-XX-0653 | Case No. 11-21177 WTT<br>Chapter 7 |
| Debtor(s) | |



### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On September 7, 2011, the Court approved the trustee's final report and proposed distribution.

2. The Trustee received correspondence from City Treasurer – Collection Program regarding payment of claim number 2. The correspondence stated that the account had been paid in full and that they were returning the funds to the bankruptcy estate.

3. On October 5, 2011, the Trustee made a second distribution.

4. Pursuant to the second proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Proposed Payment |
|---|---|---|
| 1. | Mikel M. Boley | $1.99 |
| 4. | W-W Recovery, LLC | $1.65 |
| 5. | Mountain West Anesthesia | $0.95 |
| 6. | American Express Centurion Bank | $1.08 |

5. These funds are on deposit in Bank of America, account number 4438083721.

6. Check in the amount of One Dollar and Ninety-Nine Cents ($1.99), One Dollar and Sixty-Five Cents ($1.65), Ninety-Five Cents ($0.95), and One Dollar and Eight Cents ($1.08), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** October 5, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Gregory Phineas Likins
>900 Bitner Rd., Apt. M22
>Park City, UT 84098-5460
>
>Perry Alan Bsharah
>Bsharah Law Group
>231 East 400 South, Ste. 350
>Salt Lake City, UT 84111-2831

*/s/ Renee Christensen*